# MINNELLA, TRAMUTA & EDWARDS, LLC
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| MARTIN J. MINNELLA<br>JOSEPH TRAMUTA<br>———————<br>MATTHIAS PETERS-KROLL<br>ISMIAN FERAIZI<br>DANIEL THIBODEAU | 40 MIDDLEBURY ROAD<br>MIDDLEBURY, CT 06762<br>PHONE (203) 573-1411<br>FAX (203) 757-9313<br>www.MTELAWFIRM.com | MILFORD OFFICE<br>117 RIVER STREET<br>MILFORD, CT 06460<br>(203) 647-7872<br><br>MARK C. EDWARDS -<br>RETIRED<br><br>DEBRA MASCIA<br>REAL ESTATE PARALEGAL<br>DMASCIA@MTELAWFIRM.COM |

January 17, 2020

*The case under which Mr. Ismaili has been indicted is No. 19-CR-375, and all filings should be on that docket.*

Honorable Cathy Seibel
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Mr. Ismaili may travel to Paterson, NJ for one day as requested, provided he gives his Pretrial Services Officer all particulars and gets permission for the hours he needs to be in NJ.*

SO ORDERED.

*/s/ Cathy Seibel*    1/17/20
CATHY SEIBEL, U.S.D.J.

RE:   **United States v. Marvin Williams**
       **Our client: Defendant - Besar Ismaili**
       **Motion to Travel - Case No.: 7:18-mj-09428-UA**

Dear Judge Seibel:

On behalf of my client, Besar Ismaili, I respectfully request a modification of his bail conditions so that he may travel to Paterson New Jersey for one day as soon as possible. Mr. Ismaili owns and manages an appliance store, East End Appliances, in the City of Waterbury, Connecticut. Part of his job requires him to purchase inventory and then sell it at his store. Mr. Ismaili believes there are products in located at 85 5th Avenue, Paterson New Jersey to purchase for inventory and thus requests travel there for one day as soon as possible.

Pre-trial officer Randy Phillips and the Government have no objection to this travel either.

RESPECTFULLY SUBMITTED
THE DEFENDANT, BESAR ISMAILI
By /s/ct2983_____
Daniel Thibodeau
40 Middlebury Road
Middlebury, CT 06762
Fed # ct29823
TEL. (203)573-1411
FAX. (203)757-9313
EMAIL. DThibodeau@mtelawfirm.com

Cc. AUSA Dave Felton